AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Donald J. Trump<br><br>*Plaintiff(s)*<br>v.<br>Cable News Network, Inc.<br><br>*Defendant(s)* | Civil Action No. 0:22-cv-61842-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cable News Network, Inc.
Serve on:
C T Corporation System
1200 South Pine Island Road
Plantation, FL
33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey Halligan
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

James Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave, NW, Ste 650
Washington, DC 20006
Email: jtrusty@ifrahlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 3, 2022

Angela E. Noble
Clerk of Court



s/ R. Bissainthe
Deputy Clerk
U.S. District Courts