IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | CASE NO. 0:22-CV-61842-AHS |

## NOTICE OF FILING

Plaintiff Donald J. Trump, through the undersigned counsel, submits for filing the enclosed document, Exhibit A to the Complaint filed in the above-captioned matter on October 3, 2022. (ECF 1).

Dated: October 6, 2022

Respectfully submitted,

/s/ Lindsey Halligan
Lindsey Halligan
Florida Bar No. 109481
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Telephone: (720) 435-2870
Email: lindseyhalligan@outlook.com

/s/ James M. Trusty
James M. Trusty (*pro hac vice*)
Ifrah Law PLLC
1717 Pennsylvania Ave., N.W. Suite 650
Washington, DC 20006
Telephone: (202) 524-4176
Email: jtrusty@ifrahlaw.com

*Attorneys for Donald J. Trump*