IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| DONALD J. TRUMP,<br><br>PLAINTIFF,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>DEFENDANT. | CASE NO. 0:22-CV-61842 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

We hereby disclose the following pursuant to this Court's interested persons order (ECF 6). The following have an interest in the outcome of this proceeding:

1. Cable News Network, Inc., Defendant

2. Donald J. Trump, Plaintiff

3. Warner Bros. Discovery, Inc., Parent Company of Defendant

4. James M. Trusty, Attorney for the Plaintiff

5. Lindsey Halligan, Attorney for the Plaintiff

6. Ifrah Law, PLLC, Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 7, 2022, the foregoing Certificate of Interested Persons was filed using CM/ECF, and that on the same day, the Certificated of Interested Persons was served by email to Frank LoMonte, Counsel, Cable News Network, Inc., at the email address frank.lomonte@warnermedia.com.

                                                              */s/ Lindsey Halligan*
                                                              Lindsey Halligan
                                                              Florida Bar No. 109481
                                                              511 SE 5th Avenue
                                                              Fort Lauderdale, FL 33301
                                                              Telephone: (720) 435-2870
                                                              Email: lindseyhalligan@outlook.com