## RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:22-CV-61842-AHS

Plaintiff:
**Donald J. Trump**

vs.

Defendant:
**Cable News Network, Inc.**

For:
James Trusty
Ifrah Law PLLC
jwheeler@ifrahlaw.com
1717 Pennsylvania Ave., NW, Ste. 650
Washington, DC 20006

Received by All Broward Process Corp on the **11th day of October, 2022** at 12:10 pm to be served on **Cable News Network, Inc. c/o CT Corporation System, 1200 S Pine Island Road, Plantation, FL 33324**.

I, Francisco X. Carreras, do hereby affirm that on the **11th day of October, 2022** at **1:15 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Complaint and Jury Demand, Civil Cover Sheet, Notice of Filing, Exhibit** with the date and hour of service endorsed thereon by me, to: **Donna Moch / CT Corporation System** as **Registered Agent** at the address of: **1200 S Pine Island Road, Plantation, FL 33324** on behalf of **Cable News Network, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55+, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 140, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing Return of Service and that the facts stated are true. Notary not required pursuant to F.S. 92.525(2). Electronically signed in accordance with FSS 48.21(1).

Francisco X. Carreras
#582

**All Broward Process Corp**
**701 N Fig Tree Lane**
**Plantation, FL 33317**
**(954) 214-5194**

Our Job Serial Number: BPC-2022003299

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Donald J. Trump

*Plaintiff(s)*

v.

Cable News Network, Inc.

*Defendant(s)*

Civil Action No.  0:22-cv-61842-AHS

ABP# 3299
DATE 10/11/22  TIME 1 pm
Name ____ TC582 Badge/ID# ____
*** scan back executed ***

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cable News Network, Inc.
Serve on:
C T Corporation System
1200 South Pine Island Road
Plantation, FL
33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lindsey Halligan
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Email: lindseyhalligan@outlook.com

James Trusty
Ifrah Law PLLC
1717 Pennsylvania Ave, NW, Ste 650
Washington, DC 20006
Email: jtrusty@ifrahlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 3, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe

Deputy Clerk
U.S. District Courts