UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61842-AHS

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND INCORPORATED
NOTICE OF DESIGNATION OF E-MAIL ADDRESSES FOR SERVICE**

The law firm of Gunster, Yoakley & Stewart, P.A. and Eric C. Edison, Esq. hereby enters their appearance as counsel for Defendant, CABLE NEWS NETWORK, INC. ("CNN") in the above-styled cause, and requests that any and all pleadings or other matters pertaining to this cause be directed to the undersigned counsel.

CNN hereby files its Notice of Designation of E-Mail Addresses for service and requests that service of all pleadings and documents in the above-styled cause of action be sent to the undersigned via email or CM/ECF at the following e-mail addresses:

    Primary:    eedison@gunster.com
    Secondary:    dpeterson@gunster.com
    Alternate:    eservice@gunster.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 21st day of October, 2022 to Lindsey Halligan, Esq., lindseyhalligan@outlook.com, *Counsel for Plaintiff,* 511 SE 5th Avenue, Fort Lauderdale, FL

33301; and James M. Trusty, Esq., jtrusty@ifrahlaw.com; Ifrah Law PLLC, *Counsel for Plaintiff,* 1717 Pennsylvania Ave., N.W., Suite 650, Washington, DC 20006.

        **GUNSTER, YOAKLEY & STEWART, P.A.**
        450 East Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        Telephone: (954) 462-2000

        By: */s/ Eric C. Edison, Esq.*
            George S. LeMieux, Esq.
            Florida Bar No. 16403
            Email: glemieux@gunster.com
            Eric C. Edison, Esq.
            Florida Bar No. 010379
            Email: eedison@gunster.com