UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61842

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**ORDER GRANTING BRIAN M. UNDERWOOD, JR.'S MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Brian M. Underwood, Jr., Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Brian M. Underwood, Jr., Esq., may appear and participate in this action on behalf of Defendant, Cable News Network, Inc. The Clerk shall provide electronic notification of all electronic filings to Brian M. Underwood, Jr., Esq. at brian.underwood@bclplaw.com

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida this ____ day of October 2022.

                                                _____
                                                HONORABLE RAAG SINGHAL
                                                UNITED STATES DISTRICT COURT JUDGE

cc:    Eric C. Edison, Esq. (eedison@gunster.com)
        James M. Trusty, Esq. (jtrusty@ifrahlaw.com)