UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61842

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**DEFENDANT CABLE NEWS NETWORK, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant, CABLE NEWS NETWORK, INC., by and through its undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's order of October 14, 2022 [ECF No. 6], hereby discloses the following as having an interest in the outcome of this proceeding and submits its corporate disclosure statement:

1. President Donald J. Trump, Plaintiff
2. Ifrah Law, PLLC, Attorneys for Plaintiff
3. Trusty, James M., Attorney for Plaintiff
4. Halligan, Lindsey, Attorney for Plaintiff
5. Cable News Network, Inc., Defendant
6. Historic TW Inc., Intermediate Corporate Parent of Defendant
7. WarnerMedia Holdings, Inc., Intermediate Corporate Parent for Defendant
8. Warner Media, LLC, Intermediate Corporate Parent for Defendant
9. Warner Bros. Discovery, Inc. (NASDAQ: WBD), Corporate Parent for Defendant

10. Bryan Cave Leighton Paisner LLP, Attorneys for Defendant

11. Schroeder, Eric P., Attorney for Defendant

12. Underwood, Jr., Brian M., Attorney for Defendant

13. Gunster, Yoakley & Stewart, P.A., Attorneys for Defendant

14. LeMieux, George S., Attorney for Defendant

15. Edison, Eric C., Attorney for Defendant

CNN is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation which is also the ultimate owner of the intermediate corporate parents listed above. Warner Bros. Discovery, Inc. has no parent company and, to the best of CNN's knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 21st day of October, 2022 to Lindsey Halligan, Esq., lindseyhalligan@outlook.com, *Counsel for Plaintiff,* 511 SE 5th Avenue, Fort Lauderdale, FL 33301; and James M. Trusty, Esq., jtrusty@ifrahlaw.com; Ifrah Law PLLC, *Counsel for Plaintiff,* 1717 Pennsylvania Ave., N.W., Suite 650, Washington, DC 20006.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By: */s/ Eric C. Edison, Esq.*
George S. LeMieux, Esq.
Florida Bar No. 16403
Email: glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email: eedison@gunster.com

**BRYAN CAVE LEIGHTON PAISNER**
Eric P. Schroeder, Esq. (*pro hac vice pending*)
Email: eric.schroeder@bclplaw.com
Brian M. Underwood, Jr. Esq. (*pro hac vice pending*)
Email: brian.underwood@bclplaw.com
1201 W. Peachtree St. NW
Atlanta, Georgia 30301
Telephone: 404-572-6600

*Counsel for Defendant Cable News Network, Inc.*