UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-CV-61842

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

**AGREED ORDER ON JOINT MOTION FOR BRIEFING SCHEDULE**

THIS CAUSE came before the Court on the Joint Motion for Briefing Schedule (the "Motion") by Defendant CABLE NEWS NETWORK, INC. ("CNN"), jointly with Plaintiff Donald J. Trump ("Plaintiff" or "Trump") [D.E. ___]. The Court having considered the Motion, the agreement of counsel for the respective parties, and being otherwise duly advised in the premises, it is hereupon

ORDERED and ADJUDGED that the Motion is GRANTED. CNN shall have through and including November 22, 2022 within which to file a response to Plaintiff's Complaint. Plaintiff shall have through and including December 30, 2022 in which to file a response to CNN's anticipated Rule 12 motion. CNN shall have through and including January 18, 2022 in which to file a reply to Plaintiff's response.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida this ___ day of October, 2022.

                                                          _____
                                                          HONORABLE RAAG SINGHAL
                                                          UNITED STATES DISTRICT COURT JUDGE