UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61842-CIV-SINGHAL

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** has come before the Court on the Joint Motion for Briefing Schedule (the "Motion") by Defendant CABLE NEWS NETWORK, INC. ("CNN"), jointly with Plaintiff Donald J. Trump ("Plaintiff" or "Trump") (DE [16]). The Court having considered the Motion, the agreement of counsel for the respective parties, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [16]) is **GRANTED**. CNN shall have through and including **November 22, 2022**, within which to file a response to Plaintiff's Complaint. Plaintiff shall file his response to CNN's anticipated Rule 12 motion on or before **December 30, 2022**. CNN shall have through and including **January 18, 2023**, in which to file a reply to Plaintiff's response.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 21st day of October 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF