IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61842-AHS

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

    Defendant.

_____/

**DEFENDANT CABLE NEWS NETWORK, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITIES**

Defendant Cable News Network, Inc. ("CNN") hereby submits the following supplemental authorities in support of its Motion to Dismiss (D.E. 20):

(1) *Donald J. Trump for President, Inc. v. WP Company LLC, d/b/a The Washington Post*, 2023 WL 1765193 (D.D.C. Feb. 3, 2023) (**Exhibit A**; hereinafter "*WaPo*"). This decision dismissed a libel claim against *The Washington Post* and supports CNN's arguments in two respects: a.) conclusory statements of knowledge of falsity and allegations of "political bias" do not plausibly plead "actual malice", *compare WaPo* at *4-5 *with* D.E. 20 at 16-18 & D.E. 22 at 2-4; and b.) the Publications at issue are nonactionable opinion, *compare WaPo* at *7-8 *with* D.E. 20 at 13-14 *and* D.E. 22 at 7-8.

(2) *Trump v. Clinton*, --- F.Supp.3d ---, 2023 WL 333699 (S.D. Fla. Jan. 19, 2023) (Middlebrooks, J.) (**Exhibit B**). This decision imposed sanctions and cited this matter. *Id*. at *18-19. CNN previously cited the underlying dismissal order, and the current

decision supports CNN's argument that the Complaint fails to allege provable falsity. (*See* D.E. 20 at 8; D.E. 22 at 1, 10.)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 8th day of February to Lindsey Halligan, Esq., lindseyhalligan@outlook.com, 400 N. Federal Highway, Hallandale, Florida 33009 and James M. Trusty, Esq., jtrusty@ifrahlaw.com, Ifrah Law, PLLC, 1717 Pennsylvania Ave, N.W. Suite 650, Washington, DC 20006, *Counsel for the Plaintiff*.

**GUNSTER, YOAKLEY & STEWART, P.A.**
450 East Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2000

By:  /s/ *George S. LeMieux, Esq.*
George S. LeMieux, Esq.
Florida Bar No. 16403
Email:  glemieux@gunster.com
Eric C. Edison, Esq.
Florida Bar No. 010379
Email:  eedison@gunster.com

**BRYAN CAVE LEIGHTON PAISNER**
Eric P. Schroeder, Esq. (admitted *pro hac vice*)
Email:  eric.schroeder@bclplaw.com
Brian M. Underwood, Jr. Esq. (admitted *pro hac vice*)
Email: brian.underwood@bclplaw.com
1201 W. Peachtree St. NW
Atlanta, Georgia 30301
Telephone:  404-572-6600

*Counsel for Defendant Cable News Network, Inc.*