IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| **PRESIDENT DONALD J. TRUMP,**<br><br>Plaintiff,<br><br>v.<br><br>**CABLE NEWS NETWORK, INC.,**<br><br>Defendant. | Case No. 0:22-CV-61842-AHS |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**NOTICE OF SUPPLEMENTAL AUTHORITIES**

Defendant's Notice of Supplemental Authorities does not satisfy Local Rule 7.8—neither decision is "pertinent or significant" to the matter before this Court:

*Donald J. Trump for President, Inc. v. WP Company LLC*, 2023 WL 1765193 (D.D.C. Feb. 3, 2023) – an opinion applying that Circuit's restrictive application of *Sullivan* to a complaint regarding two articles in the *Washington Post* unrelated to this case. The first article hyperlinked the Mueller report while providing its take on his findings, and the second article was deemed by that Court to be "pure opinion" in its rhetoric regarding foreign interference in the 2020 election. The case was dismissed *without prejudice* to allow amended allegations of malice.

*Trump v. Clinton*, --- F.Supp.3d ---, 2023 WL 333699 (S.D. Fla. Jan. 19, 2023) – a decision regarding a dismissed RICO complaint where the opinion mentioned this case but added, "To be clear, the sanction in this case is not imposed against Mr. Trump for the … CNN litigation. Those cases are before other judges who will make their own determinations." (at *19)

1

The above rulings do not apply to this case as they are from non-precedential disputes, in different jurisdictions, and with completely different causes of action.

| | |
|---|---|
| Dated: February 13, 2023 | Respectfully Submitted,<br>*/s/ Lindsey Halligan*<br>Lindsey Halligan<br>Florida Bar No. 109481<br>511 SE 5th Avenue<br>Fort Lauderdale, FL 33301<br>Telephone: (720) 435-2870<br>Email: lindseyhalligan@outlook.com<br><br>*/s/ James M. Trusty*<br>James M. Trusty<br>*Pro Hac Vice*<br>Ifrah Law PLLC<br>1717 Pennsylvania Ave., N.W. Suite 650<br>Washington, DC 20006<br>Telephone: (202) 524-4176<br>Email: jtrusty@ifrahlaw.com<br><br>*Attorneys for President Donald J. Trump* |