#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF FLORIDA
#### FORT LAUDERDALE DIVISION

| | |
|---|---|
| **DONALD J. TRUMP,** | |
| **PLAINTIFF,** | **CASE NO.: 0:22-CV-61842-AHS** |
| v. | |
| **CABLE NEWS NETWORK, INC.** | **COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY** |
| **DEFENDANT.** | |

   The undersigned counsel, James M. Trusty of Ifrah Law PLLC, as counsel of record ("Counsel") for Donald J. Trump ("Plaintiff"), respectfully requests leave of this Court to permit him to withdraw as attorney of record for Plaintiff. Counsel has informed Plaintiff of his intent to withdraw from representation. Counsel also has informed counsel of record for the defendant in this matter, Cable News Network, Inc. ("Defendant") of his intent to withdraw.

   Mr. Trusty's withdrawal is based upon irreconcilable differences between Counsel and Plaintiff and Counsel can no longer effectively and properly represent Plaintiff. Mr. Trusty's withdrawal at this time does not adversely impact any parties to this matter: oral argument on Defendant's Motion to Dismiss has not been scheduled, discovery has not begun, and there are no pending deadlines. Further, Plaintiff continues to be served by co-counsel on the matter, Lindsey Halligan, a member of the Florida Bar.

   Based upon these facts, Counsel requests to be withdrawn as attorney of record for Donald J. Trump.

Respectfully submitted,


  /s/   James M. Trusty
James M. Trusty
*Pro Hac Vice*
Ifrah Law PLLC
1717 Pennsylvania Ave., N.W. Suite 650
Washington, DC 20006
Email: jtrusty@ifrahlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed and served via the Court's CM/ECF portal on this 16th day of June to George S. LeMieux, eedison@gunster.comm 450 East Las Olas Blvd, Suite 1400, Fort Lauderdale, FL 33301; and Eric P. Schroeder, eric.schroeder@bclplaw.com, and Brian M. Underwood, Jr., brian.underwood@bclplaw.com, 1201 W. Peachtree St., NW, Atlanta, GA 30301, counsel for Defendant.

      /s/   James M. Trusty
James M. Trusty
*Pro Hac Vice*
Ifrah Law PLLC
1717 Pennsylvania Ave., N.W. Suite 650
Washington, DC 20006
Email: jtrusty@ifrahlaw.com