UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

DONALD J. TRUMP,

    Plaintiff,

v.

CABLE NEWS NETWORK, INC.

    Defendant.

Case No.: 22-cv-61842-AHS

### NOTICE OF APPEARANCE AS CO-COUNSEL ON BEHALF OF PLAINTIFF

Please take notice that Alejandro Brito, Esq. of the law firm of Brito, PLLC hereby enters his appearance as co-counsel for Plaintiff Donald J. Trump.

Dated June 28, 2023

Respectfully submitted,

**BRITO, PLLC**
*Co-Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 28, 2023 the foregoing was served via the Court's CM/ECF System upon:

| | |
|---|---|
| LINDSEY HALLIGAN, P.A.<br>Lindsey Halligan, Esq.<br>511 SE 5th Avenue<br>Fort Lauderdale, FL 33301<br>lindseyhalligan@outlook.com<br><br>*Counsel for Plaintiff* | GUNSTER, YOAKLEY & STEWART, P.A.<br>George S. LeMieux, Esq.<br>Eric C. Edison, Esq.<br>450 East Las Olas Boulevard<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>glemieux@gunster.com<br>eedison@gunster.com<br>mzayas@gunster.com<br>dpeterson@gunster.com<br>eservice@gunster.com<br><br>*Counsel for Defendant* |

By: /s/ *Alejandro Brito*