UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.<br><br>    Defendant. | Case No.: 22-cv-61842-AHS |

### PLAINTIFF'S SUPPLEMENTAL JURISDICTIONAL STATEMENT

Plaintiff Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to the Court's July 14, 2023 Paperless Order on Jurisdiction [DE 29], Plaintiff submits its Supplemental Jurisdictional Statement, as follows:

1.  Plaintiff DONALD J. TRUMP is a citizen of, a resident of, and is domiciled (with an intent to remain) in, the State of Florida.

2.  Defendant CABLE NEWS NETWORK, INC. is a corporation organized and incorporated under the laws of the state of Delaware with its principal place of business located at One CNN Center, Atlanta, Georgia, 30303.

3.  This Court possesses jurisdiction over this action pursuant to 28 U.S.C. §1332(c)(1) on the grounds of diversity.

Dated July 21, 2023   Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office:  305-614-4071
Fax:  305-440-4385

By: /s/ *Alejandro Brito*
   **ALEJANDRO BRITO**
   Florida Bar No. 098442
   abrito@britopllc.com
   apiriou@britopllc.com

**LINDSEY HALLIGAN, P.A.**
*Co-Counsel for Plaintiff*
511 SE 5th Avenue
Fort Lauderdale, FL 33301
Office:  720-435-2870


By: /s/ *Lindsey Halligan*
   **LINDSEY HALLIGAN**
   Florida Bar No.109481
   lindseyhalligan@outlook.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 21, 2023 the foregoing was served via the Court's CM/ECF System upon:

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP<br>Eric P. Schroeder, Esq.<br>Brian M. Underwood, Jr. Esq.<br>1201 W. Peachtree St. NW<br>Atlanta, GA 30309<br>eric.schroeder@bclplaw.com<br>brian.underwood@bclplaw.com | GUNSTER, YOAKLEY & STEWART, P.A.<br>George S. LeMieux, Esq.<br>Eric C. Edison, Esq.<br>450 East Las Olas Boulevard<br>Suite 1400<br>Fort Lauderdale, Florida 33301<br>glemieux@gunster.com<br>eedison@gunster.com<br>mzayas@gunster.com<br>dpeterson@gunster.com<br>eservice@gunster.com<br><br>*Counsel for Defendant* |

By: /s/ *Alejandro Brito*