22-cv-61842-AHS

We the People

August 02, 2023

FILED BY ЕВ D.C.
AUG 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

U.S. Fed. Judge
Raag Singhal
299 E. Broward Blvd. Courtroom 110, Chambers 107
Ft. Lauderdale, FL 33301

Raag Singhal:

Would you start doing the right thing for the people of this great nation. The decision to drop the CNN case was wrong. Shame on you !!! You will be judge one day yourself soon. You... this country to go down the toilet with decisions like that. Wake up !!!

We the People

W.T.P.

GREENVILLE SC 296
4 AUG 2023 PM 2 L

Judge Raag Singhal   U.S. Fe
299 E. Broward Blvd.
Courtroom 110 Chambers 107
Ft. Lauderdale, Florida
33301